UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANGELA T. MARTINEZ                     CIVIL ACTION NO. 05-2241

versus                                 JUDGE WALTER
                                       **REFERRED TO:**
COMMISSIONER OF THE SOCIAL             **MAGISTRATE JUDGE HORNSBY**
SECURITY ADMINISTRATION

**J U D G M E N T**

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12th day of March, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE